**DISMISS and Opinion Filed July 17, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00730-CV**

## IN THE INTEREST OF B.T.G., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-12707-U**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellant's June 26, 2017 "Motion Challenging the Order Sustaining Contest to Inability to Pay Court Costs." The underlying appeal associated with this motion is appellate cause number 05-17-00465-CV. By opinion and judgment dated July 13, 2017, the Court dismissed that appeal for want of jurisdiction. Accordingly, we dismiss as moot this appeal challenging the order sustaining the contest.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

170730F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF B.T.G., A CHILD

No. 05-17-00730-CV

On Appeal from the 302nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-12-12707-U.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered July 17, 2017.